# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ANTHONY MANSION,<br><br>    Petitioner,<br> vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. CV 09-1494 GW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting the motion to dismiss and dismissing the first amended petition.

DATE: July 2, 2012

              _____
              HON. GEORGE H. WU
              UNITED STATES DISTRICT JUDGE