1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12   JOSHUA ANTHONY              )  Case No. CV 09-1494 GW (MRW)
     MANSION,                    )
13                               )
                                 )
14              Petitioner,      )  JUDGMENT
           vs.                   )
15                               )
     KEN CLARK,                  )
16                               )
              Respondent.        )
17                               )
     _____

18

19        Pursuant to the Order Accepting Findings and Recommendations of the

20   United States Magistrate Judge,

21        IT IS ADJUDGED that the petition is denied and this action is dismissed

22   with prejudice.

23   DATE:  April 22, 2013         _____

24                                 HON. GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE
25

26

27

28